UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THERRIE HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17CV1312 RLW |
| | ) |
| HSBC BANK USA, N.A., *d/b/a* HSBC | ) |
| MORTGAGE CORPORATION, *a/d/b/a* | ) |
| HSBC MORTGAGE SERVICES, INC.,[1] | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Joint Request for Enlargement of Time for Defendant HSBC Bank USA, N.A., d/b/a HSBC Mortgage Corporation a/d/b/a/ HSBC Mortgage Services, Inc. ("HSBC") to File Responsive Pleadings and to Stay Proceedings (ECF No. 66), which the Court construes as a motion. On September 13, 2019, the Court entered an Order of Partial Dismissal that disposed of all Plaintiff's claims except Count I against HSBC. (ECF No. 65) On September 26, 2019, the parties filed the instant motion to delay the time in which HSBC must file its pleadings responsive to Plaintiff's First Amended Complaint. The parties seek to stay proceedings in light of Plaintiff's current trial loan modification with Nationstar Mortgage, LLC, which the parties anticipate may fully resolve this case.

Accordingly,

---

[1] After the Order of Partial Dismissal of September 13, 2019, the only remaining defendant is HSBC Bank USA, N.A., d/b/a HSBC Mortgage Corporation a/d/b/a/ HSBC Mortgage Services, Inc. (ECF No. 65) Accordingly, the Clerk of Court shall amend the style of this case name.

IT IS HEREBY ORDERED that the parties' Joint Request for Enlargement of Time for Defendant HSBC to File Responsive Pleadings and to Stay Proceedings (ECF No. 66) is **GRANTED** for ninety (90) days.

IT IS FURTHER ORDERED that the parties shall file a status report no later than December 30, 2019.

Dated this 1st day of October, 2019.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**